**Date signed March 23, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| EQUIMED, INC., | * | Case No. | 00-11147 PM |
| | * | Chapter | 7 |
| | * | | |
| Debtor. | * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF DECISION

This matter came before the Court on the Application Requesting Second Interim Compensation to Chapter 7 Trustee for the Period February 1, 2002 Through December 31, 2003 (the Application), filed by the Chapter 11 Trustee, Merrill Cohen (the Trustee).  The Trustee seeks allowance of compensation totaling $175,000.00 for 524.60 hours and reimbursement of expenses incurred totaling $1,098.25.  The Trustee asserts that, based on receipts of $17,018,906.19 (excluding receipts in the Nixon Equipment Corporation and George Washington Real Estate Corporation bankruptcy cases), $533,817.19 would be "allowable" under 11 U.S.C. § 326(a).[1]  The Court notes that a determination of the maximum limit under 11 U.S.C. § 326(a) does not create an entitlement to that amount.  In re Hobbs, 108 B.R. 93, 94 (BC Md. 1989).

---

[1] The Trustee discloses that he previously received a compensation award of $215,000.00.

A review of the billing statements reflects that the Application fails to conform with the Compensation Guidelines. The Trustee's time is not organized by task but presented chronologically; on occasion, the Trustee utilizes a broad "lumping" of services; and travel was not described with specificity (*i.e.*, the mode and time of travel, the necessity for the travel and whether any substantive work was performed while traveling).

Nonetheless, the Court recognizes the complexity of this case, the amount of time that the Trustee expended and the benefit the Trustee's services provided to this estate. Further, rather than seeking the maximum commissions under 11 U.S.C. § 326(a), the Trustee requests a considerably reduced sum. For these reasons, the Court approves the Trustee's request for allowance of compensation and reimbursement of expenses[2] and the Court will enter an appropriate order.

cc:    Debtor
       United States Trustee
       Parties requesting notice

**End of Memorandum Decision**

---

[2] The Compensation Guidelines suggest that expenses be summarized in the fee application. Although an expense worksheet is appended to the Application, the Trustee has merely provided a lump sum total of the various expenses without explanation or summary. Further, there is no description of the first category wherein $6.94 was expended.